UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:20-cr-00041-SEB-DLP |
| ASHANI BURNETT-CISSE, | ) ) | -02 |
| Defendant. | ) ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Doris Pryor's Report and Recommendation that Ashanti Burnett-Cisse's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of nine (9) months in the custody of the Attorney General or his designee, with no supervised release to follow.

**SO ORDERED.**

Date: 3/18/2022

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office

United States Marshal Service